No. 273. SCOFIELD ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari granted, reserving for decision, after argument, question of whether the petition for writ of certiorari was timely filed. *James Urdan* for petitioners. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for National Labor Relations Board, and *Joseph L. Rauh, Jr., John Silard, Harriett R. Taylor,* and *Stephen I. Schlossberg* for International Union, UAW, respondents. *Walter S. Davis* for Wisconsin Manufacturers' Assn. et al., as *amici curiae,* in support of the petition. A brief was filed by Illinois Manufacturers Assn., as *amicus curiae,* in support of the petition. ■

No. 60, Misc. DAVIS *v.* MISSISSIPPI. Sup. Ct. Miss. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the first question presented by the petition which reads as follows: "Whether the introduction into evidence at petitioner's criminal trial of his fingerprints, taken as a result of petitioner's illegal arrest, violated petitioner's rights under the Fourth and Fourteenth Amendments?" Case transferred to appellate docket. *Jack Greenberg, Michael Meltsner, Melvyn Zarr, Anthony G. Amsterdam,* and *Jack Young* for petitioner. *Joe T. Patterson,* Attorney General of Mississippi, and *G. Garland Lyell, Jr.,* Assistant Attorney General, for respondent.

No. 529, Misc. FRAZIER *v.* CUPP, WARDEN. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *R. W. Nahstoll* for petitioner. *Robert Y. Thornton,* Attorney General of Oregon, and *David H. Blunt,* Assistant Attorney General, for respondent.